ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Wolf Creek Federal Services, Inc. | ) ASBCA No. 63758 |
| | ) |
| Under Contract No. W9124P-21-C-0013 | ) |

APPEARANCES FOR THE APPELLANT:    Douglas L. Patin, Esq.
      Lisa A. Markman, Esq.
        Bradley Arant Boult Cummings LLP
        Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
        Army Chief Trial Attorney
      CPT Paula F. Barr, JA
        Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: February 12, 2024

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63758, Appeal of Wolf Creek Federal Services, Inc., rendered in conformance with the Board's Charter.

Dated: February 12, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals